**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**QUINTANA M. CARROLL,**

**Plaintiff,**

**v.** **Case No. 8:26-cv-1357-WFJ-AAS**

**C.G.I. FEDERAL INSPECTIONS, INC., et al.,**

**Defendants.**
**____________________________________/**

## REPORT AND RECOMMENDATION

Plaintiff Quintana M. Carroll, proceeding *pro se*, requests to proceed *in forma pauperis*. (Doc. 2). The court took Ms. Carroll's motion under advisement and directed her to file an amended complaint that complies with the Federal Rules of Civil Procedure and states a viable federal cause of action by June 18, 2026. (Doc. 3). When Ms. Carroll failed to do so, the undersigned recommended dismissal. (Doc. 4).

However, after Ms. Carroll filed an (untimely) amended complaint, the court found the undersigned's report and recommendation moot and reinstated Ms. Carroll's original motion to proceed *in forma pauperis*. (Doc. 6). The court again found the amended complaint failed to meet the requirements for proceeding *in forma pauperis* and imposed a deadline to file a second amended complaint by August 7, 2026. (Doc. 7).

Instead of filing a second amended complaint, Ms. Carroll filed an objection to the mooted Report and Recommendation. (Doc. 8). Considering Ms. Carroll's confusion as to the report and recommendation and consideration of her amended complaint, the court again extended the deadline to file a second amended complaint that complies with the Federal Rules of Civil Procedure and states a viable federal cause of action, to August 21, 2026. (Doc. 9). The court warned that the failure to do so may result in a recommendation of denial of the motions and dismissal. (*Id.*, p. 2). To date, Ms. Carroll has not filed a second amended complaint.

Thus, it is **RECOMMENDED** that the plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) be **DENIED**, and the amended complaint (Doc. 5) be **DISMISSED without prejudice**.

**ENTERED** in Tampa, Florida, on August 26, 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

**<u>NOTICE TO PARTIES</u>**

The parties have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file

written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. A party's failure to object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.